NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7011

LARRY G. TYRUES,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 04-584, Judge William A. Moorman.

ON MOTION

<u>O R D E R</u>

Upon consideration of Larry G. Tyrues' motion for a 30-day extension of time, out of time, until February 3, 2010, to file his opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 2 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Mark R. Lippman, Esq.
Martin F. Hockey, Jr., Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 5 2010

JAN HORBALY
CLERK